## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| JOYCE DUFFY, | ) | |
| | ) | |
|     Plaintiff | ) | Civil Action |
| | ) | Docket No. 2:19-cv-00203-JDL |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, L.P., | ) | |
| | ) | |
|     Defendant | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby agree and stipulate that all claims asserted in the above-captioned action are dismissed with prejudice and without costs.

Date:  April 3, 2020	Respectfully submitted,
	JOYCE DUFFY,
	By Her Attorneys
	Roach Ruprecht Sanchez & Bischoff, P.C.

	 /s/  David S. Bischoff

	527 Ocean Ave., Suite 1
	Portland, ME  04103
	(207) 747-4870
	E-mail: Dbischoff@Roachhewitt.com


Date:  April 3, 2020	Respectfully submitted,
	WAL-MART STORES EAST, L.P.,
	By Its Attorneys
	Germani Martemucci & Hill

	 /s/  Elizabeth A. Germani

	43 Deering Street
	Portland, ME  04101
	(207) 773-7455
	e-mail:  egermani@gmh-law.com